UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:19-CR-150-TAV-DCP ) |
| GAVIN OBRYAN ROBINSON, DEJUAN MAURICE PORTER, and SHAWN RUSSELL, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on December 1, 2021 [Doc. 106]. Judge Poplin recommends that the Court deny Terri Essex's ("Petitioner's") third-party Petition for Return of Property [Doc. 99]. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge Poplin's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 106]. Petitioner's third-party Petition for Return of Property [Doc. 99] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE